Louis Kuenazkes, Appellee, v. Chicago Transit Authority, et al. Harry J. Keenan, Appellant.
Louis Kuenazkes, Appellant, v. Chicago Transit Authority, et al. Chicago Transit Authority, Appellee.

Gen. Nos. 44,863, 44,864.

Werner W. Schroeder, William S. Allen, Harry I. Parsons, Arthur J. Donovan, and Shavin & Hamilton, for appellants; Harrison L. Dod, of counsel; Wyatt Jacobs, Charles E. Heckler and Robert O. Rooney, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed December 19, 1949; released for publication January 5, 1950.


Frank Kendrick and Parilee Kendrick, Appellees, v. Isadore Hirschberg et al., Defendants.

Gen. No. 44,902.